THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES YATES (True Name NELSON GAY), Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond, convicting the appellant of a violation of section 974 of the Penal Law (policy), unanimously affirmed. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB GREENHOUSE, Petitioner, Respondent, v. SHERIFF OF KINGS COUNTY, Respondent; BETTY SLONE and CHARLES LIEBLING, Assignee of BETTY SLONE, Appellants.— In a habeas corpus proceeding, order sustaining writ and discharging the relator reversed on the law, with ten dollars costs and disbursements, writ dismissed and relator remanded to the custody of the sheriff of Kings county. The execution against his person issued June 22, 1937 (Municipal Court Code, § 130), under which the relator was detained, was and is valid. The prior similar execution issued July 10, 1934, upon the same judgment, under the undisputed facts, lapsed. (Lauer's Municipal Court Practice [2d ed.], § 480, F 4, at p. 572.) Further, the same was returned unsatisfied. The relator, by his written stipulation, was estopped from claiming that he was arrested and detained pursuant to that execution. The issuance of the second execution against his person was authorized. (Municipal Court Code, § 138; *Wilson & Co., Inc.*, v. *Hershkowitz*, [App. Term, 1st Dept.], 163 Misc. 721.) The form of the second execution issued by the assignee in the name of the original judgment creditor was lawful. (*Fish* v. *Hahn*, 56 Misc. 449.) Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN GWYNNE, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— Order dismissing writ of habeas corpus and remanding the petitioner affirmed. (*Matter of Emert* v. *Thorn*, 249 App. Div. 301.) Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

ANNA ROTHER, Appellant, v. PHILIP SHORIN, Respondent.— Action for damages for personal injuries sustained by plaintiff as a consequence of her hand being pierced by a needle on a kitchen floor which she was directed by defendant's wife to clean and wax. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

GENEVIVE RUBERTO, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order denying plaintiff's motion to set aside the verdict and for a new trial upon the ground of alleged misconduct of a juror affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.